DEBRA L ANDERSON, REGISTER OF DEEDS
E-RECORDED
BK 17800 PG 619
Instr # 2018038777
09/13/2018 03:18:26 PM
Pages 1
YORK CO

Poor Original

Recording Requested By:
Freedom Mortgage Corporation

When Recorded Return To:

Maryanna Martin IN
Freedom Mortgage Corporation
500 Virginia Dr, Ste 502
Ft Washington, PA 19034

## CORPORATE ASSIGNMENT OF MORTGAGE

York, Maine
SELLER'S SERVICING #: ███████ "Lippincott"

MIN #: ███████  SIS #: 1-888-679-6377

Date of Assignment: September 13th, 2018
Assignor: Mortgage Electronic Registration Systems, Inc., solely as nominee for Freedom Mortgage Corporation, its successors and assigns at P.O. Box 2026, Flint, MI 48501-2026
Assignee: Freedom Mortgage Corporation at 907 Pleasant Valley Av Ste 3, Mount Laurel, NJ 08054

Executed By: John A Lippincott and Marian B Lippincott, husband and wife. To: Mortgage Electronic Registration Systems, Inc., solely as nominee for Freedom Mortgage Corporation, its successors and assigns
Dated: 05-15-2017 Recorded: 06-15-2017 as Instrument No. 2017022746, Book/Reel/Liber 17494, Page/Folio 633 in the County of York, State of Maine.

Property Address: 211 River Rd, Eliot, ME 03903

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $234,486.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

Mortgage Electronic Registration Systems, Inc., solely as nominee for Freedom Mortgage Corporation, its successors and assigns
On September 13th, 2018

By: _____
Shannon Townsend, Assistant Secretary

STATE OF Pennsylvania
COUNTY OF MONTGOMERY

On September 13th, 2018, before me, Roseann McKenry, a Notary Public in and for MONTGOMERY in the State of Pennsylvania, personally appeared Shannon Townsend, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Roseann McKenry
Notary Expires: 4/8/2020

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Roseann McKenry, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires April 8, 2020

I HEREBY CERTIFY THIS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN YORK COUNTY MAINE REGISTRY OF DEEDS

ATTEST: _____
Deputy

*9/13/2018 9:15:12 AM*53061933*53081934*585*MESTATE_MORT_ASSIGN_ASSN

EXHIBIT D