

FREEDOM MORTGAGE

P.O. Box 50428, Indianapolis, IN 46250-0401

JOHN A LIPPINCOTT
211 RIVER RD
ELIOT          ME 03903

December 28, 2017

RE:     Loan Number:          ▇▇▇▇▇▇▇
        Collateral Address:    211 RIVER RD
                               ELIOT ME 03903

Dear Borrower(s),

# YOU ARE IN DEFAULT UNDER THE TERMS OF YOUR MORTGAGE AND NOTE

You failed to make the required payments under the terms of your Mortgage and Note. Freedom Mortgage Corporation is providing this notice as servicing agent for your loan. Your account is due for the November 1, 2017 payment and all subsequent payments. This is a demand for payment of the total amount due and owing as of the date of this letter, itemized in the below table. Please be aware that the total amount due does does not include any amounts that become due after the date of this notice.

| Paid Through:  November 1, 2017 | Next Payment Due Date:  November 1, 2017 |
|---|---|
| Current Monthly Payment | $1,643.11 |
| Date last Payment was Received | October 25, 2017 |
| Late Charges | $176.40 |
| NSF Fees | $ .00 |
| Other Fees | Property Inspection Fees $30.00<br>Expense Advances $ .00<br>One Time Draft Fees $ .00 |
| Partial Payment (Suspense) Balance | $ .00 |
| **TOTAL YOU MUST PAY TO REINSTATE THE LOAN, CURE THE DEFAULT AND AVOID THE EXERCISE OF THE POWER OF SALE** | **$3,492.62** |
| The Unpaid Principal Balance as of  12/28/17 | $233,097.47 |
| Prepayment fee (if any) | $ .00 |
| Estimate of all fees imposed related to exercise of power of sale | $ .00 |



EXHIBIT
E

4011



FREEDOM MORTGAGE®

P.O. Box 50428, Indianapolis, IN 46250-0401

You have the right to cure the default by paying the total amount to reinstate the loan, which is $3,492.62, within 35 days of the date of delivery of this letter. Payments must be made either by cashier's check or certified check made payable to Freedom Mortgage Corporation and sent to:

**Freedom Mortgage Corporation**
**ATTN: Payment Processing**
**10500 Kincaid Drive, Suite 111**
**Fishers, IN 46037-9764**

Unless we receive full payment of all past-due amounts, we will accelerate the maturity of the loan, declare the obligation due and payable without further demand, and begin foreclosure proceedings. This could result in the loss of your property and the mortgagee or another person may acquire the property by means of foreclosure and sale.

If funds tendered are not honored for any reason, the default will not be cured. Our acceptance of any funds less than the total amount due shall not constitute a waiver of our rights and/or remedies under the loan documents or applicable law.

Please be aware that your credit rating may be adversely affected if you fail to fulfill the terms of your credit obligations. You are also notified we may visit the above-referenced property from time to time to determine its condition and occupancy status, the costs of which you will be responsible for.

You may have options available other than foreclosure. If you are unable to bring the account current, we urge you to explore foreclosure alternatives prior to the end of the right-to-cure period by contacting our Customer Care Department at (855) 690-5900 or at P.O. Box 50428, Indianapolis, IN 46250-0428, or a United States Department of Housing and Urban Development ("HUD")-certified area counselor by calling 1-800-569-4287, TDD toll free number 1-800-877-8339, or by visiting the HUD website, http://www.hud.gov/offices/hsg/sfh/hcc/hcc_home.cfm. Enclosed is a listing of HUD approved counseling agencies within your state.

You have the right to bring a court action to assert the non-existence of a default. You have the right in any lawsuit for foreclosure and sale to argue that you performed your obligations under the terms of your Note and Mortgage, and to present any other defenses you may have. You have the right to request the name of the originator of the loan. If you meet the conditions stated in the Mortgage, you will have the right to have the lender's enforcement of the Mortgage discontinued and to have the Note and the Mortgage remain fully effective as if immediate payment in full had never been required.

Where mediation is available under Maine Rev. Statute § 6321-A, you may request a court-ordered mediation to explore options for avoiding foreclosure judgment.

You may access your loan information at your convenience, 24 hours a day, 7 days a week! Simply log on to our website at www.freedommortgage.com or call our automated phone system at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

Sincerely,

Customer Care Department
Freedom Mortgage Corporation

Rev: 11/16/2017

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address | Languages | Parent Organization |
|---|---|---|---|---|
| MONEY MANAGEMENT INTERNATIONAL AUBURN ME | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 250 Center St Ste 205<br>Auburn, Maine 04210-6313 | - English<br>- Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| LEGAL SERVICES FOR THE ELDERLY | Phone: 207-621-0087<br>Toll-free: 800-750-5353<br>Fax: 207-621-0742<br>E-mail: jmartin@mainelse.org<br>Website: www.mainelse.org | 5 Wabon Street<br>AUGUSTA, Maine 04330-7040 | - English<br>- Other | MAINE STATE HOUSING AUTHORITY |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 | - English | |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 WATER STREET<br>AUGUSTA, Maine 04330-4665 | - English | MAINE STATE HOUSING AUTHORITY |
| MONEY MANAGEMENT INTERNATIONAL BANGOR | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 175 Exchange St Ste 200<br>Bangor, Maine 04401-6537 | - English<br>- Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>PO Box 1162<br>BANGOR, Maine 04401-4952 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963-230<br>Toll-free: 800-221-2221<br>Fax: 207-443-7447<br>E-mail: candice.carpenter@mmcacorp.org<br>Website: www.midcoastmainecommunityaction.org | 34 Wing Farm Parkway<br>BATH, Maine 04530-1550 | - English<br>- Spanish | |
| TEDFORD HOUSING | Phone: 207-729-1161-100<br>E-mail: officemanager@tedfordhousing.org<br>Website: www.tedfordhousing.org | 14 Middle Street<br>BRUNSWICK, Maine 04011-2400 | - English | MAINE STATE HOUSING AUTHORITY |
| WESTERN MAINE CAP | Phone: 207-645-3764<br>E-mail: N/A<br>Website: wmca.org | PO Box 200<br>East Wilton, Maine 04234-0200 | - English | MAINE STATE HOUSING AUTHORITY |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-795-4065<br>Toll-free: 866-221-4383<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: www.homequestmaine.org | 240 Bates Street<br>LEWISTON, Maine 04240-7330 | - English<br>- French | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-226<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: dstolt@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| CITY OF PORTLAND SHELTER | Phone: 207-482-5144 | 196 Lancaster Street<br>PORTLAND, Maine 04101-2418 | - English | MAINE STATE HOUSING AUTHORITY |
| COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@cflmaine.org<br>Website: www.cflmaine.org | 309 Cumberland Avenue, Suite 205<br>PORTLAND, Maine | - English<br>- French<br>- Swahili | MAINE STATE HOUSING AUTHORITY |

| | | | |
|---|---|---|---|
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | Phone: 207-774-8211<br>Fax: 207-828-2300<br>E-mail: nheald@ptla.org<br>Website: www.ptla.org | 88 Federal St<br>PO Box 547<br>PORTLAND, Maine<br>04101-4205 | - Arabic<br>- ASL<br>- Cambodian<br>- Cantonese<br>- Chinese Mandarin<br>- Creole<br>- Czech<br>- English<br>- Farsi<br>- French<br>- Hindi<br>- Hmong<br>- Indonesian<br>- Korean<br>- Polish<br>- Portuguese<br>- Russian<br>- Spanish<br>- Swahili<br>- Turkish<br>- Ukrainian<br>- Vietnamese |
| THE OPPORTUNITY ALLIANCE | Phone: 207-553-5931<br>Toll-free: 800-698-4959<br>Fax: 207-874-1155<br>E-mail: mgeoffroy@propeople.org<br>Website: www.propeople.org | 510 Cumberland Avenue<br>PORTLAND, Maine<br>04101-2220 | - English<br>- French |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-768-3023-650<br>Toll-free: 800-432-7881<br>Fax: 207-768-3021<br>E-mail: jbaillargeon@acap-me.org<br>Website: www.acap-me.org | 771 Main St<br>PRESQUE ISLE, Maine<br>04769-2201 | - English | MAINE STATE HOUSING AUTHORITY |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2959<br>Fax: 207-490-5026<br>E-mail: jenniferg@yccac.org<br>Website: www.yccac.org | PO Box 72<br>6 Spruce Street<br>Sanford, Maine 04073-0072 | - English<br>- French<br>- German | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| MONEY MANAGEMENT INTERNATIONAL SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 111 Wescott Road<br>SOUTH PORTLAND, Maine 04106-3437 | - English<br>- Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water St<br>Waterville, Maine 04901-6339 | - English |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-882-7552-5151<br>Toll-free: 877-340-2649<br>Fax: 207-882-6365<br>E-mail: jthomas@ceimaine.org<br>Website: www.ceimaine.org | 41 Water Street<br>WISCASSET, Maine<br>04578-4134 | - English<br>- Spanish | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address | Languages | Parent Organization |
|---|---|---|---|---|
| MONEY MANAGEMENT INTERNATIONAL AUBURN ME | **Phone:** 866-232-9080<br>**Toll-free:** 866-232-9080<br>**Fax:** 866-921-5129<br>**E-mail:** counselinginfo@moneymanagement.org<br>**Website:** www.moneymanagement.org | 250 Center St Ste 205 Auburn, Maine 04210-6313 | – English<br>– Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| LEGAL SERVICES FOR THE ELDERLY | **Phone:** 207-621-0087<br>**Toll-free:** 800-750-5353<br>**Fax:** 207-621-0742<br>**E-mail:** jmartin@mainelse.org<br>**Website:** www.mainelsee.org | 5 Wabon Street AUGUSTA, Maine 04330-7040 | – English<br>– Other | MAINE STATE HOUSING AUTHORITY |
| MAINE STATE HOUSING AUTHORITY | **Phone:** 207-626-4670<br>**Toll-free:** 800-452-4668<br>**Fax:** 207-626-4678<br>**E-mail:** dkjohnson@mainehousing.org<br>**Website:** www.mainehousing.org | 353 Water Street AUGUSTA, Maine 04330-4665 | – English | |
| MAINE STATE HOUSING AUTHORITY | **Phone:** 207-626-4670<br>**Toll-free:** 800-452-4668<br>**Fax:** 207-626-4678<br>**E-mail:** dkjohnson@mainehousing.org<br>**Website:** www.mainehousing.org | 353 WATER STREET AUGUSTA, Maine 04330-4665 | – English | MAINE STATE HOUSING AUTHORITY |
| MONEY MANAGEMENT INTERNATIONAL BANGOR | **Phone:** 866-232-9080<br>**Toll-free:** 866-232-9080<br>**Fax:** 866-921-5129<br>**E-mail:** counselinginfo@moneymanagement.org<br>**Website:** www.moneymanagement.org | 175 Exchange St Ste 200 Bangor, Maine 04401-6537 | – English<br>– Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| PENQUIS COMMUNITY ACTION PROGRAM | **Phone:** 207-974-2403<br>**Toll-free:** 888-424-0151<br>**Fax:** 207-973-3699<br>**E-mail:** hmassow@penquis.org<br>**Website:** www.penquis.org | 262 Harlow Street PO Box 1162 BANGOR, Maine 04401- | – English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |

| Organization | Contact | Address | Languages | Partner |
|---|---|---|---|---|
| MIDCOAST MAINE COMMUNITY ACTION | **Phone:** 207-442-7963-230<br>**Toll-free:** 800-221-2221<br>**Fax:** 207-443-7447<br>**E-mail:** candice.carpenter@mmcacorp.org<br>**Website:** www.midcoastmainecommunityaction.org | 4952<br>34 Wing Farm Parkway BATH, Maine 04530-1550 | – English<br>– Spanish | |
| TEDFORD HOUSING | **Phone:** 207-729-1161-100<br>**E-mail:** officemanager@tedfordhousing.org<br>**Website:** www.tedfordhousing.org | 14 Middle Street BRUNSWICK, Maine 04011-2400 | – English | MAINE STATE HOUSING AUTHORITY |
| WESTERN MAINE CAP | **Phone:** 207-645-3764<br>**E-mail:** N/A<br>**Website:** wmca.org | PO Box 200 East Wilton, Maine 04234-0200 | – English | MAINE STATE HOUSING AUTHORITY |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | **Phone:** 207-795-4065<br>**Toll-free:** 866-221-4383<br>**Fax:** 207-795-4069<br>**E-mail:** homequest@community-concepts.org<br>**Website:** www.homequestmaine.org | 240 Bates Street LEWISTON, Maine 04240-7330 | – English<br>– French | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| AVESTA HOUSING DEVELOPMENT CORPORATION | **Phone:** 207-553-7780-226<br>**Toll-free:** 800-339-6516<br>**Fax:** 207-553-7778<br>**E-mail:** dstolt@avestahousing.org<br>**Website:** www.avestahousing.org | 307 Cumberland Avenue PORTLAND, Maine 04101-4920 | – English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| CITY OF PORTLAND SHELTER | **Phone:** 207-482-5144 | 196 Lancaster Street PORTLAND, Maine 04101-2418 | – English | MAINE STATE HOUSING AUTHORITY |
| COMMUNITY FINANCIAL LITERACY | **Phone:** 207-797-7890<br>**E-mail:** crwaganje@cflmaine.org<br>**Website:** www.cflmaine.org | 309 Cumberland Avenue, Suite 205 PORTLAND, Maine | – English<br>– French<br>– Swahili | MAINE STATE HOUSING AUTHORITY |

| Organization | Contact | Address | Languages | Affiliation |
|---|---|---|---|---|
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | **Phone:** 207-774-8211<br>**Fax:** 207-828-2300<br>**E-mail:** nheald@ptla.org<br>**Website:** www.ptla.org | 88 Federal St<br>PO Box 547<br>PORTLAND, Maine 04101-4205 | – Arabic<br>– ASL<br>– Cambodian<br>– Cantonese<br>– Chinese Mandarin<br>– Creole<br>– Czech<br>– English<br>– Farsi<br>– French<br>– Hindi<br>– Hmong<br>– Indonesian<br>– Korean<br>– Polish<br>– Portuguese<br>– Russian<br>– Spanish<br>– Swahili<br>– Turkish<br>– Ukrainian<br>– Vietnamese | |
| THE OPPORTUNITY ALLIANCE | **Phone:** 207-553-5931<br>**Toll-free:** 800-698-4959<br>**Fax:** 207-874-1155<br>**E-mail:** mgeoffroy@propeople.org<br>**Website:** www.propeople.org | 510 Cumberland Avenue<br>PORTLAND, Maine 04101-2220 | – English<br>– French | |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | **Phone:** 207-768-3023-650<br>**Toll-free:** 800-432-7881<br>**Fax:** 207-768-3021<br>**E-mail:** Jballlargeon@acap-me.org<br>**Website:** www.acap-me.org | 771 Main St<br>PRESQUE ISLE, Maine 04769-2201 | – English | MAINE STATE HOUSING AUTHORITY |
| YORK COUNTY COMMUNITY ACTION AGENCY | **Phone:** 207-459-2959<br>**Fax:** 207-490-5026<br>**E-mail:** jenniferg@yccac.org<br>**Website:** www.yccac.org | PO Box 72<br>6 Spruce Street<br>Sanford, Maine 04073- | – English<br>– French<br>– German | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |

| | | 0072 | | |
|---|---|---|---|---|
| MONEY MANAGEMENT INTERNATIONAL SOUTH PORTLAND | **Phone:** 866-232-9080<br>**Toll-free:** 866-232-9080<br>**Fax:** 866-921-5129<br>**E-mail:** counselinginfo@moneymanagement.org<br>**Website:** www.moneymanagement.org | 111 Wescott Road SOUTH PORTLAND, Maine 04106-3437 | – English<br>– Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | **Phone:** 800-542-8227<br>**E-mail:** N/A<br>**Website:** www.kvcap.org | 97 Water St Waterville, Maine 04901-6339 | – English | |
| COASTAL ENTERPRISES, INCORPORATED | **Phone:** 207-882-7552-5151<br>**Toll-free:** 877-340-2649<br>**Fax:** 207-882-6365<br>**E-mail:** jthomas@ceimaine.org<br>**Website:** www.ceimaine.org | 41 Water Street WISCASSET, Maine 04578-4134 | – English<br>– Spanish | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)        $

☐ Return Receipt (electronic)      $

☐ Certified Mail Restricted Delivery   $

☐ Adult Signature Required          $

☐ Adult Signature Restricted Delivery  $

Postmark
Here

Postage

$

Total Pos

$

Sent To    JOHN A LIPPINCOTT

Street an   211 RIVER RD

City, Stat  ELIOT · · · · ME 03903

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 2740 0000 4023 0604



FEB 0 0 ANSTO

CERTIFIED MAIL

U.S. POSTAGE >> PITNEY BOWES

ZIP 46226
02 1W
0001366298DEC 29 2017
$ 006.77⁰

BC: 4625040128 *1669-07154-26-41

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

7016 2340 0000 0442 0604

807-9006-0116

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS FOLD AT DOTTED LINE

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOHN A LIPPINCOTT
211 RIVERRD
ELIOT      ME 03903

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 3362 7227 5561 01

2. Article Number (Transfer from service label)

7016 2140 0000 4023 0604

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



FREEDOM MORTGAGE®

P.O. Box 50428, Indianapolis, IN 46250-0401

MARIAN B LIPPINCOTT
211 RIVER RD
ELIOT      ME 03903

December 28, 2017

RE:    Loan Number:       ▉▉▉▉▉
        Collateral Address:    211 RIVER RD
                          ELIOT ME 03903

Dear Borrower(s),

# YOU ARE IN DEFAULT UNDER THE TERMS OF YOUR MORTGAGE AND NOTE

You failed to make the required payments under the terms of your Mortgage and Note. Freedom Mortgage Corporation is providing this notice as servicing agent for your loan. Your account is due for the November 1, 2017 payment and all subsequent payments. This is a demand for payment of the total amount due and owing as of the date of this letter, itemized in the below table. Please be aware that the total amount due does does not include any amounts that become due after the date of this notice.

| **Paid Through:** November 1, 2017 | **Next Payment Due Date:** November 1, 2017 |
|---|---|
| Current Monthly Payment | $1,643.11 |
| Date last Payment was Received | October 25, 2017 |
| Late Charges | $176.40 |
| NSF Fees | $ .00 |
| Other Fees | Property Inspection Fees $30.00<br>Expense Advances $ .00<br>One Time Draft Fees $ .00 |
| Partial Payment (Suspense) Balance | $ .00 |
| **TOTAL YOU MUST PAY TO REINSTATE THE LOAN, CURE THE DEFAULT AND AVOID THE EXERCISE OF THE POWER OF SALE** | **$3,492.62** |
| The Unpaid Principal Balance as of 12/28/17 | $233,097.47 |
| Prepayment fee (if any) | $ .00 |
| Estimate of all fees imposed related to exercise of power of sale | $ .00 |



FREEDOM MORTGAGE®

P.O. Box 50428, Indianapolis, IN 46250-0401

You have the right to cure the default by paying the total amount to reinstate the loan, which is $3,492.62, within 35 days of the date of delivery of this letter. Payments must be made either by cashier's check or certified check made payable to Freedom Mortgage Corporation and sent to:

**Freedom Mortgage Corporation**
**ATTN: Payment Processing**
**10500 Kincaid Drive, Suite 111**
**Fishers, IN 46037-9764**

Unless we receive full payment of all past-due amounts, we will accelerate the maturity of the loan, declare the obligation due and payable without further demand, and begin foreclosure proceedings. This could result in the loss of your property and the mortgagee or another person may acquire the property by means of foreclosure and sale.

If funds tendered are not honored for any reason, the default will not be cured. Our acceptance of any funds less than the total amount due shall not constitute a waiver of our rights and/or remedies under the loan documents or applicable law.

Please be aware that your credit rating may be adversely affected if you fail to fulfill the terms of your credit obligations. You are also notified we may visit the above-referenced property from time to time to determine its condition and occupancy status, the costs of which you will be responsible for.

You may have options available other than foreclosure. If you are unable to bring the account current, we urge you to explore foreclosure alternatives prior to the end of the right-to-cure period by contacting our Customer Care Department at (855) 690-5900 or at P.O. Box 50428, Indianapolis, IN 46250-0428, or a United States Department of Housing and Urban Development ("HUD")-certified area counselor by calling 1-800-569-4287, TDD toll free number 1-800-877-8339, or by visiting the HUD website, http://www.hud.gov/offices/hsg/sfh/hcc/hcc_home.cfm. Enclosed is a listing of HUD approved counseling agencies within your state.

You have the right to bring a court action to assert the non-existence of a default. You have the right in any lawsuit for foreclosure and sale to argue that you performed your obligations under the terms of your Note and Mortgage, and to present any other defenses you may have. You have the right to request the name of the originator of the loan. If you meet the conditions stated in the Mortgage, you will have the right to have the lender's enforcement of the Mortgage discontinued and to have the Note and the Mortgage remain fully effective as if immediate payment in full had never been required.

Where mediation is available under Maine Rev. Statute § 6321-A, you may request a court-ordered mediation to explore options for avoiding foreclosure judgment.

You may access your loan information at your convenience, 24 hours a day, 7 days a week! Simply log on to our website at www.freedommortgage.com or call our automated phone system at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

Sincerely,

Customer Care Department
Freedom Mortgage Corporation

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address | Languages | Parent Organization |
|---|---|---|---|---|
| MONEY MANAGEMENT INTERNATIONAL AUBURN ME | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 250 Center St Ste 205<br>Auburn, Maine 04210-6313 | - English<br>- Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| LEGAL SERVICES FOR THE ELDERLY | Phone: 207-621-0087<br>Toll-free: 800-750-5353<br>Fax: 207-621-0742<br>E-mail: jmartin@mainelse.org<br>Website: www.mainelse.org | 5 Wabon Street<br>AUGUSTA, Maine 04330-7040 | - English<br>- Other | MAINE STATE HOUSING AUTHORITY |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 | - English | |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org | 353 WATER STREET<br>AUGUSTA, Maine 04330-4665 | - English | MAINE STATE HOUSING AUTHORITY |
| MONEY MANAGEMENT INTERNATIONAL BANGOR | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 175 Exchange St Ste 200<br>Bangor, Maine 04401-6537 | - English<br>- Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>PO Box 1162<br>BANGOR, Maine 04401-4952 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963-230<br>Toll-free: 800-221-2221<br>Fax: 207-443-7447<br>E-mail: candice.carpenter@mmcacorp.org<br>Website: www.midcoastmainecommunityaction.org | 34 Wing Farm Parkway<br>BATH, Maine 04530-1550 | - English<br>- Spanish | |
| TEDFORD HOUSING | Phone: 207-729-1161-100<br>E-mail: officemanager@tedfordhousing.org<br>Website: www.tedfordhousing.org | 14 Middle Street<br>BRUNSWICK, Maine 04011-2400 | - English | MAINE STATE HOUSING AUTHORITY |
| WESTERN MAINE CAP | Phone: 207-645-3764<br>E-mail: N/A<br>Website: wmca.org | PO Box 200<br>East Wilton, Maine 04234-0200 | - English | MAINE STATE HOUSING AUTHORITY |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-795-4065<br>Toll-free: 866-221-4383<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: www.homequestmaine.org | 240 Bates Street<br>LEWISTON, Maine 04240-7330 | - English<br>- French | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-226<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: dstolt@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| CITY OF PORTLAND SHELTER | Phone: 207-482-5144 | 196 Lancaster Street<br>PORTLAND, Maine 04101-2418 | - English | MAINE STATE HOUSING AUTHORITY |
| COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@cflmaine.org<br>Website: www.cflmaine.org | 309 Cumberland Avenue, Suite 205<br>PORTLAND, Maine | - English<br>- French<br>- Swahili | MAINE STATE HOUSING AUTHORITY |

| | | | |
|---|---|---|---|
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | Phone: 207-774-8211<br>Fax: 207-828-2300<br>E-mail: nheald@ptla.org<br>Website: www.ptla.org | 88 Federal St<br>PO Box 547<br>PORTLAND, Maine<br>04101-4205 | - Arabic<br>- ASL<br>- Cambodian<br>- Cantonese<br>- Chinese Mandarin<br>- Creole<br>- Czech<br>- English<br>- Farsi<br>- French<br>- Hindi<br>- Hmong<br>- Indonesian<br>- Korean<br>- Polish<br>- Portuguese<br>- Russian<br>- Spanish<br>- Swahili<br>- Turkish<br>- Ukrainian<br>- Vietnamese | |
| THE OPPORTUNITY ALLIANCE | Phone: 207-553-5931<br>Toll-free: 800-698-4959<br>Fax: 207-874-1155<br>E-mail: mgeoffroy@propeople.org<br>Website: www.propeople.org | 510 Cumberland Avenue<br>PORTLAND, Maine<br>04101-2220 | - English<br>- French | |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-768-3023-650<br>Toll-free: 800-432-7881<br>Fax: 207-768-3021<br>E-mail: jbaillargeon@acap-me.org<br>Website: www.acap-me.org | 771 Main St<br>PRESQUE ISLE, Maine<br>04769-2201 | - English | MAINE STATE HOUSING AUTHORITY |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2959<br>Fax: 207-490-5026<br>E-mail: jennifer@yccac.org<br>Website: www.yccac.org | PO Box 72<br>6 Spruce Street<br>Sanford, Maine 04073-0072 | - English<br>- French<br>- German | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| MONEY MANAGEMENT INTERNATIONAL SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org | 111 Wescott Road<br>SOUTH PORTLAND,<br>Maine 04106-3437 | - English<br>- Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water St<br>Waterville, Maine 04901-6339 | - English | |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-882-7552-5151<br>Toll-free: 877-340-2649<br>Fax: 207-882-6365<br>E-mail: jthomas@ceimaine.org<br>Website: www.ceimaine.org | 41 Water Street<br>WISCASSET, Maine<br>04578-4134 | - English<br>- Spanish | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address | Languages | Parent Organization |
|---|---|---|---|---|
| MONEY MANAGEMENT INTERNATIONAL AUBURN ME | **Phone:** 866-232-9080<br>**Toll-free:** 866-232-9080<br>**Fax:** 866-921-5129<br>**E-mail:** counselinginfo@moneymanagement.org<br>**Website:** www.moneymanagement.org | 250 Center St Ste 205 Auburn, Maine 04210-6313 | – English<br>– Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| LEGAL SERVICES FOR THE ELDERLY | **Phone:** 207-621-0087<br>**Toll-free:** 800-750-5353<br>**Fax:** 207-621-0742<br>**E-mail:** jmartin@mainelse.org<br>**Website:** www.mainelsee.org | 5 Wabon Street AUGUSTA, Maine 04330-7040 | – English<br>– Other | MAINE STATE HOUSING AUTHORITY |
| MAINE STATE HOUSING AUTHORITY | **Phone:** 207-626-4670<br>**Toll-free:** 800-452-4668<br>**Fax:** 207-626-4678<br>**E-mail:** dkjohnson@mainehousing.org<br>**Website:** www.mainehousing.org | 353 Water Street AUGUSTA, Maine 04330-4665 | – English | |
| MAINE STATE HOUSING AUTHORITY | **Phone:** 207-626-4670<br>**Toll-free:** 800-452-4668<br>**Fax:** 207-626-4678<br>**E-mail:** dkjohnson@mainehousing.org<br>**Website:** www.mainehousing.org | 353 WATER STREET AUGUSTA, Maine 04330-4665 | – English | MAINE STATE HOUSING AUTHORITY |
| MONEY MANAGEMENT INTERNATIONAL BANGOR | **Phone:** 866-232-9080<br>**Toll-free:** 866-232-9080<br>**Fax:** 866-921-5129<br>**E-mail:** counselinginfo@moneymanagement.org<br>**Website:** www.moneymanagement.org | 175 Exchange St Ste 200 Bangor, Maine 04401-6537 | – English<br>– Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| PENQUIS COMMUNITY ACTION PROGRAM | **Phone:** 207-974-2403<br>**Toll-free:** 888-424-0151<br>**Fax:** 207-973-3699<br>**E-mail:** hmassow@penquis.org<br>**Website:** www.penquis.org | 262 Harlow Street PO Box 1162 BANGOR, Maine 04401- | – English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |

| | | | | |
|---|---|---|---|---|
| | | 4952 | | |
| MIDCOAST MAINE COMMUNITY ACTION | **Phone:** 207-442-7963-230<br>**Toll-free:** 800-221-2221<br>**Fax:** 207-443-7447<br>**E-mail:** candice.carpenter@mmcacorp.org<br>**Website:** www.midcoastmainecommunityaction.org | 34 Wing Farm Parkway BATH, Maine 04530-1550 | – English<br>– Spanish | |
| TEDFORD HOUSING | **Phone:** 207-729-1161-100<br>**E-mail:** officemanager@tedfordhousing.org<br>**Website:** www.tedfordhousing.org | 14 Middle Street BRUNSWICK, Maine 04011-2400 | – English | MAINE STATE HOUSING AUTHORITY |
| WESTERN MAINE CAP | **Phone:** 207-645-3764<br>**E-mail:** N/A<br>**Website:** wmca.org | PO Box 200 East Wilton, Maine 04234-0200 | – English | MAINE STATE HOUSING AUTHORITY |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | **Phone:** 207-795-4065<br>**Toll-free:** 866-221-4383<br>**Fax:** 207-795-4069<br>**E-mail:** homequest@community-concepts.org<br>**Website:** www.homequestmaine.org | 240 Bates Street LEWISTON, Maine 04240-7330 | – English<br>– French | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| AVESTA HOUSING DEVELOPMENT CORPORATION | **Phone:** 207-553-7780-226<br>**Toll-free:** 800-339-6516<br>**Fax:** 207-553-7778<br>**E-mail:** dstolt@avestahousing.org<br>**Website:** www.avestahousing.org | 307 Cumberland Avenue PORTLAND, Maine 04101-4920 | – English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| CITY OF PORTLAND SHELTER | **Phone:** 207-482-5144 | 196 Lancaster Street PORTLAND, Maine 04101-2418 | – English | MAINE STATE HOUSING AUTHORITY |
| COMMUNITY FINANCIAL LITERACY | **Phone:** 207-797-7890<br>**E-mail:** crwaganje@cflmaine.org<br>**Website:** www.cflmaine.org | 309 Cumberland Avenue, Suite 205 PORTLAND, Maine | – English<br>– French<br>– Swahili | MAINE STATE HOUSING AUTHORITY |

| Organization | Contact | Address | Languages | Affiliation |
|---|---|---|---|---|
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | **Phone:** 207-774-8211<br>**Fax:** 207-828-2300<br>**E-mail:** nheald@ptla.org<br>**Website:** www.ptla.org | 88 Federal St<br>PO Box 547<br>PORTLAND, Maine 04101-4205 | – Arabic<br>– ASL<br>– Cambodian<br>– Cantonese<br>– Chinese Mandarin<br>– Creole<br>– Czech<br>– English<br>– Farsi<br>– French<br>– Hindi<br>– Hmong<br>– Indonesian<br>– Korean<br>– Polish<br>– Portuguese<br>– Russian<br>– Spanish<br>– Swahili<br>– Turkish<br>– Ukrainian<br>– Vietnamese | |
| THE OPPORTUNITY ALLIANCE | **Phone:** 207-553-5931<br>**Toll-free:** 800-698-4959<br>**Fax:** 207-874-1155<br>**E-mail:** mgeoffroy@propeople.org<br>**Website:** www.propeople.org | 510 Cumberland Avenue<br>PORTLAND, Maine 04101-2220 | – English<br>– French | |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | **Phone:** 207-768-3023-650<br>**Toll-free:** 800-432-7881<br>**Fax:** 207-768-3021<br>**E-mail:** Jballlargeon@acap-me.org<br>**Website:** www.acap-me.org | 771 Main St<br>PRESQUE ISLE, Maine 04769-2201 | – English | MAINE STATE HOUSING AUTHORITY |
| YORK COUNTY COMMUNITY ACTION AGENCY | **Phone:** 207-459-2959<br>**Fax:** 207-490-5026<br>**E-mail:** Jenniferg@yccac.org<br>**Website:** www.yccac.org | PO Box 72<br>6 Spruce Street<br>Sanford, Maine 04073- | – English<br>– French<br>– German | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |

| | | 0072 | | |
|---|---|---|---|---|
| MONEY MANAGEMENT INTERNATIONAL SOUTH PORTLAND | **Phone:** 866-232-9080<br>**Toll-free:** 866-232-9080<br>**Fax:** 866-921-5129<br>**E-mail:** counselinginfo@moneymanagement.org<br>**Website:** www.moneymanagement.org | 111 Wescott Road SOUTH PORTLAND, Maine 04106-3437 | – English<br>– Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | **Phone:** 800-542-8227<br>**E-mail:** N/A<br>**Website:** www.kvcap.org | 97 Water St Waterville, Maine 04901-6339 | – English | |
| COASTAL ENTERPRISES, INCORPORATED | **Phone:** 207-882-7552-5151<br>**Toll-free:** 877-340-2649<br>**Fax:** 207-882-6365<br>**E-mail:** Jthomas@ceimaine.org<br>**Website:** www.ceimaine.org | 41 Water Street WISCASSET, Maine 04578-4134 | – English<br>– Spanish | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)   $ _____

☐ Return Receipt (electronic)   $ _____

☐ Certified Mail Restricted Delivery   $ _____

☐ Adult Signature Required   $ _____

☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Pc

$

Sent To   MARIAN B LIPPINCOTT

Street a   211 RIVER RD

City, Stz   ELIOT   ME 03903

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 2140 0000 4053 0611

CERTIFIED MAIL

U.S. POSTAGE >> PITNEY BOWES

ZIP 46226 $ 006.77[0]
02 1W
0001366298 DEC 29 2017

7016 2140 0000 4023 0941



Divinely
All #1
Kymah

NTXTF        915   ( 1      7701/22/18

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC:   4625004012B   *1669-07155-26-41

807-9006-0116

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARIAN B LIPPINCOTT
211 RIVER RD
ELIOT ... ME 03903

9590 9402 3362 7227 5561 18

2. Article Number (Transfer from service label)

7016 2140 0000 4023 0611

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt