UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO: 19-CV-171

| | |
|---|---|
| **Freedom Mortgage Corporation** | |
| Plaintiff | LOCAL RULE 7.1 CORPORATE DISCLOSURE |
| vs. | RE:<br>211 River Road, Eliot, ME 03903 |
| **Maine Revenue Services**<br>**John A. Lippincott** | Mortgage:<br>May 15, 2017<br>Book 17494, Page 633 |
| Defendant | |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

I. **Corporate Disclosure**

Plaintiff, Freedom Mortgage Corporation

II. **Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and any other identifiable entities related to any party in this case are as follows:

Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
Freedom Mortgage Corporation - Plaintiff

John A. Lippincott – Defendant
Maine Revenue Services - Defendant

Dated: April 24, 2019

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No.: 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on April 24, 2019, I served a copy of the above document by regular mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No.: 5746

John A. Lippincott
211 River Road
Eliot, ME 03903

State of Maine, Maine Revenue Services
c/o United States Attorney
6 State House Station
Augusta, ME 04330